UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

DEBTOR(S): PHILLIP WALTER THOMAS       CASE NO: 11-11047

HEARING ON: CONFIRMATION TO CHAPTER 13 PLAN

APPEARANCES: DEBTOR(S): ____ Present ✓ Absent
DEBTOR(S) COUNSEL: __Rennix__
CREDITOR(S) COUNSEL: _____

FILED
FEB 2 6 2014
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

## ORDER

(X) IT IS ORDERED that **Confirmation** of the Chapter 13 Plan be GRANTED / **DENIED** / CONTINUED.
_____

( ) IT IS ORDERED that the Debtor(s) is/are granted _____ days from date of this order to:
_____ pay the Chapter 13 Trustee $_____, AND/OR
_____ File and notice an **amended plan** and pay pursuant to that amended plan; or
_____ voluntarily **dismiss** this Chapter 13 Case;
_____ **convert** this Chapter 13 Case to a **Chapter 7** Case; OR
_____ trustee to review and submit confirmation order or notify counsel of unresolved issues and attempt to resolve.
   If foregoing is not possible, request to reset on court's docket.
**FAILURE TO TAKE THE ABOVE DIRECTED ACTION(S) AND THIS CASE WILL BE DISMISSED WITHOUT FURTHER HEARING UPON THE FILING OF AN EX-PARTE MOTION BY THE STANDING TRUSTEE. SUCH DISMISSAL WILL INCLUDE A FINDING UNDER 11 U.S.C. §109(g), WHICH WILL PROHIBIT DEBTOR(S) FROM FILING ANY TYPE OF BANKRUPTCY AGAIN FOR SIX (6) MONTHS.**

( ) IT IS ORDERED that the above captioned **Chapter 13 Case** is hereby **CONVERTED** to a **Chapter 7 Case.**

(X) IT IS ORDERED that the above captioned case is hereby **DISMISSED**:
   ✓ with a finding under 11 U.S.C. §109 for failure to prosecute and/or pay (will prohibit Debtor(s) from filing any type of bankruptcy again for six (6) months).
   _____ without a finding under 11 U.S.C. §109 (no filing prohibition).

( ) IT IS ORDERED that the **Motion to Lift Stay** filed by _____ is hereby
   GRANTED AS PRAYED FOR / DENIED / WITHDRAWN WITH PREJUDICE / WITHOUT PREJUDICE.

( ) IT IS ORDERED that the **Motion** _____ filed by _____ is hereby **GRANTED**
   AS PRAYED FOR / DENIED / WITHDRAWN WITH PREJUDICE / WITHOUT PREJUDICE.

( ) IT IS ORDERED that the **Objection** _____ filed by _____ is hereby **GRANTED**
   AS PRAYED FOR / DENIED / WITHDRAWN WITH PREJUDICE / WITHOUT PREJUDICE.

(X) IT IS ORDERED that **Legal Fees** of the Debtor(s) counsel are hereby **APPROVED**:
   _____ in the amount of $_____,
   ✓ as prayed for.

( ) IT IS ORDERED that if the **Debtor(s) fail** to make any **future payments** to _____ and go beyond _____ days of
   the date they are due, _____ may submit an affidavit of default with an ex-parte motion to:
   _____ have the above captioned case **dismissed.**
   _____ have the **stay lifted.**

( ) IT IS ORDERED that _____
_____

DATE OF THIS ORDER: **FEBRUARY 26, 2014  9:00 AM**

Stephen V. Callaway
STEPHEN V. CALLAWAY, JUDGE
U.S. BANKRUPTCY COURT